UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                                    CASE: 18-62295MP

vs.

Jianfei Chen

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Jianfei Chen, was represented by counsel, George Romero (FPD).

The defendant pled guilty to the Complaint on 09/27/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 09/26/2018 |

As pronounced on 09/27/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, September 27, 2018.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 48AEF7LNC

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - YUMA** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 09/27/2018     Case Number: 18-62295MP

USA vs. **Jianfei Chen**
U.S. MAGISTRATE JUDGE: JAMES F. METCALF     Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Dirk Daza
INTERPRETER REQ'D: Jennifer Huang, Mandarin
Attorney for Defendant: George Romero (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **09/26/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:     George Romero (FPD) is appointed as attorney of record for defendant.

| | |
|---|---|
| Recorded by Courtsmart | COP: 15 |
| BY: Angela Gutierrez | Sent: 0 |
| Deputy Clerk | IA: 0 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT<br>CASE: 18-62295MP |
| vs. | Citizenship: CHINA, PEOPLES REPUBLIC OF |
| Jianfei Chen | DOA: 09/26/2018 |
| YOB: 1987 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about September 26, 2018, near San Luis, Arizona in the District of Arizona, Defendant Jianfei CHEN, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of China, Peoples Republic Of and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of China, Peoples Republic Of and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on September 26, 2018.

File Date: 09/27/2018                    at Yuma, Arizona

Carlos D Ramolete, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 09/27/2018

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 48AEF7LNC

Magistrate Information Sheet

Complaint: Jianfei Chen

Criminal History: null

Immigration History: NONE